75 So.2d 492

**Ben WOOD**

v.

**STATE.**

**3 Div. 718.**

Supreme Court of Alabama.

Oct. 28, 1954.

Jones & Nix, Evergreen, for petitioner.

Si Garrett, Atty. Gen., and Robt. P. Bradley, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Ben Wood for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Wood v. State, 37 Ala.App. 673, 75 So. 2d 489.

Writ denied.

LIVINGSTON, C. J., and STAKELY and CLAYTON, JJ., concur.